**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Javier Fernando VIVEROS–**
**OBERGON, Defendant–**
**Appellant.**

**No. 07–10950**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 28, 2007.

A. Fitzgerald Hall, Federal Public Defender, Tampa, FL, for Defendant–Appellant.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office/Middle Dirst. of Florida, Tampa, FL, for Plaintiff–Appellee.

Before ANDERSON, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Alec F. Hall, appointed counsel for Javier Fernando Viveros–Obergon, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Viveros–Obergon's convictions and sentences are **AFFIRMED.**